# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID EDUARDO ALEMAN DIAZ, DETAINEE; | ) ) ) |
| | )      3:26-CV-00817-MJH |
| Petitioner, | ) ) ) |
| vs. | ) ) |
| LEONARD ODDO, IN HIS CAPACITY AS WARDEN; ACT PHILA. FLD OFF BRIAN MCSHANE, IN HIS CAPACITY AS ACTING PHILADELPHIA FIELD OFFICE DIRECTOR; MARKWAYNE MULLIN, IN HIS CAPACITY AS SECRETARY OF HOMELAND SECURITY; AND ACTING ATTY GENERAL TODD BLANCHE, IN HIS CAPACITY AS ACTING ATTORNEY GENERAL; | ) ) ) |
| Respondents, | |

## ORDER

After review of Petitioner's Motion to Enforce (ECF No. 10), the transcript from Petitioner's bond hearing held on June 3, 2026, and Respondents' Response to Petitioner's Motion to Enforce (ECF No. 12), the Court finds that the hearing was fundamentally fair. The requirements of a fundamentally fair hearing are that Petitioner: "(1) is entitled to factfinding based on a record produced before the decisionmaker and disclosed to him or her; (2) must be allowed to make arguments on his or her own behalf; and (3) has the right to an individualized determination of his [or her] interests." *Ghanem v. Warden Essex Cnty. Corr. Facility*, No. 21-1908, 2022 WL 574624, at *2 (3d Cir. Feb. 25, 2022) (quoting *Kamara v. Att'y Gen. of U.S.*, 420 F.3d 202, 211 (3d Cir. 2005)). The Court finds that these requirements were met and can

otherwise discern no other flaws in the fairness of the hearing that rise to the level of a constitutional violation.

As such, Petitioner's Motion to Enforce, (ECF No. 10), is DENIED.

DATED: July 14, 2026                                   BY THE COURT:

_____
Marilyn J. Horan
United States District Judge